1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  TIMOTHY J. LUCEY (CABN 172332)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102
       Telephone: (415) 436-7152
7      Facsimile: (415) 436-7234
       E-Mail: allison.danner@usdoj.gov
8
   Attorneys for the United States of America
9
                      UNITED STATES DISTRICT COURT
10
                     NORTHERN DISTRICT OF CALIFORNIA
11
                          SAN FRANCISCO DIVISION
12

13 | UNITED STATES OF AMERICA,           ) No. 3-07-70489 JCS
   |                                     )
14 |         Plaintiff,                  )
   |                                     ) [~~PROPOSED~~] ORDER FOR
15 |   v.                                ) MODIFICATION OF CONDITIONS OF
   |                                     ) RELEASE
16 | PATRICE RAVEN,                      )
   |                                     )
17 |         Defendant.                  )
   |_____)
18

19                              **ORDER**

20      IT IS HEREBY ORDERED that the conditions of release and appearance set on August 17,

21 2007 for the above-captioned matter are modified in one respect. Defendant Patrice Raven is

22 permitted contact with co-defendant Jeanette Bland solely with respect to the subject of Patrice

23 Raven's children and related family matters. This modification was made in open court after the

24 explicit promise of defendant Raven and co-defendant Bland that they would not discuss the

25 above-captioned matter outside of the presence of their attorneys. IT IS FURTHER ORDERED

26 that all other conditions of release and appearance imposed on August

27 \\

28 \\

MODIFICATIONS OF RELEASE CONDITIONS
No. 3-07-70489 JCS

1  \\
2  17, 2007 remained unmodified.
3
4  DATED: ___August 31, 2007___



JOSEPH
United S  Judge Joseph C. Spero

MODIFICATIONS OF RELEASE CONDITIONS
No. 3-07-70489 JCS