1 | SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

2

3 | BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

4 | ALLISON MARSTON DANNER (CABN 195046)
TIMOTHY J. LUCEY (CABN 172332)

5 | Assistant United States Attorneys

6 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102

7 | Telephone: (415) 436-7144
Facsimile: (415) 436-7234

8 | E-Mail: allison.danner@usdoj.gov

9 | Attorneys for the United States

10

IN THE UNITED STATES DISTRICT COURT

11 | FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

12

13 | UNITED STATES OF AMERICA,           )
                                       )  No.CR-07-0670 JSW
14 |           Plaintiff,                )  [Filed October 24, 2007]
              v.                         )
15 |                                     )
                                         )
16 | JEANETTE BLAND                      )
                                         )
17 |                                     )
              Defendant.                 )
18 | _____)
                                         )
19 | UNITED STATES OF AMERICA,           )
                                         )
20 |           Plaintiff,                )  No. CR-07-0671 CRB
                                         )  [Filed October 24, 2007]
21 |          v.                         )
                                         )  NOTICE OF RELATED CASE
22 | PATRICE RAVEN                       )  IN A CRIMINAL ACTION and
                                         )  [PROPOSED] ORDER
23 |                                     )
              Defendant.                 )  [San Francisco Venue]
24 | _____)

25 |        The United States of America, pursuant to Local Criminal Rule 8-1, hereby notifies the

26 | Court that the two above-captioned criminal cases are related.  These defendants were originally

27 | charged in a single indictment in the District of Nebraska.  These charges were then transferred

28

NOTICE OF RELATED CASES
U.S. v. RAVEN
U.S. v. BLAND

to the Northern District of California on October 24, 2007 pursuant to F.R.C.P. 20. Based upon these facts, the cases are related within the meaning of Local Rule 8-1(b)(1) because they involve the same occurrences. Furthermore, the cases are related within the meaning of Local Rule 8-1(b)(2) because if heard by separate judges they likely would involve substantial duplication of labor by the two judges.

Per the requirement of Local Criminal Rule 8-1(c)(4), government counsel states that assignment of these cases to a single judge is likely to conserve judicial resources and promote an efficient determination of each action.

Date: October 26, 2007

Respectfully Submitted,
SCOTT N. SCHOOLS

_____/s/_____
ALLISON MARSTON DANNER
Assistant United States Attorney

### ~~[PROPOSED]~~ ORDER

Based upon the notice of the government and pursuant to Local Criminal Rule 8-1, this Court finds that the cases United States v. Bland CR 07-0670 JSW and United States v. Patrice CR 07 0671 CRB are related within the meaning of Local Criminal Rule 8-1(b). IT IS HEREBY ORDERED that the Clerk of the Court relate these cases and reassign CR 07-0671 to this Court.

DATED: November 5, 2007

JEFFREY S. WHITE
United States District Court

NOTICE OF RELATED CASES
and PROPOSED ORDER
U.S. v. RAVEN
U.S. v. BLAND                                   2