8:07-cr-00266-LES-TDT   Doc # 30   Filed: 03/24/08   Page 1 of 3 - Page ID # 77

BARRY J. PORTMAN
Federal Public Defender
ELIZABETH M. FALK
Assistant Federal Public Defender
19th Floor Federal Building – Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant RAVEN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR-07-671 JSW |
|---|---|
| Plaintiff, | ) |
| vs. | ) **STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING DATE** |
| PATRICE RAVEN, | ) Date: March 6, 2008 |
| Defendant. | ) Time: 2:30 p.m. |
|  | ) Court: The Honorable Jeffrey S. White |

Undersigned counsel stipulate as follows:

1. Sentencing in this matter is currently set for March 6, 2007, at 2:30 p.m.;

2. As noted in the Addendum to the Presentence Report in ¶¶ 2-4, Ms. Raven has an outstanding objection to the Presentence Report regarding her Criminal History Category. The objection is to Paragraph 40 of the Presentence Report, as there is a discrepancy with the sentence reported by the clerk and the sentence Ms. Raven remembers serving, as well as the form of punishment that sentence took (electronic monitoring vs. jail time);

3. The documents related to this conviction have been requested by the Probation

*Raven*, CR 07-00671 JSW
STIP. TO CONTINUE SENTENCING DATE          1

1  Department on numerous occasions.  To date, the documents from Costa Contra
2  County are not available to the parties;
3  4. The aforementioned conviction affects Ms. Raven's ultimate Criminal History
4  category.  The length of the sentence will dictate whether or not Ms. Raven is in
5  Criminal History category II or III.  It is not clear that the documents will be
6  available by the sentencing date, and as of today, defense counsel is unable to
7  finish a complete sentencing memorandum without the documentation;
8  5. Defense counsel has also asked an investigator at her office to obtain the file for
9  this conviction to obtain the necessary sentencing documents, and to ensure that
10 she has all the documents in the file regarding whether or not the sentence was
11 later reduced or modified;
12 6. To ensure that the records of this conviction are available to the parties and the
13 Court for sentencing, and that Ms. Raven's counsel has adequate time to address
14 the proper Criminal History category in her Sentencing Memorandum, the parties
15 jointly request a two-week continuance of the sentencing, to March 20, 2008 at
16 2:30 p.m.;
17 7. USPO Joshua Sparks has been contacted by government counsel, and has no
18 objection to a continuance of the sentencing date to March 20, 2008 at 2:30 p.m.

19 **IT IS SO STIPULATED**

20 Dated: February 28, 2008                    _____/S/_____
                                              ELIZABETH M. FALK
21                                            Assistant Federal Public Defender

22
   Dated: February 28, 2008                    _____/S/_____
23                                            ALLISON M. DANNER
                                              Assistant United States Attorney
24

25                                    [PROPOSED] ORDER

26    GOOD CAUSE APPEARING, it is hereby ORDERED that the sentencing date in the

*Raven*, CR 07-00671 JSW
STIP. TO CONTINUE SENTENCING DATE            2

1  aforementioned matter currently set for March 6, 2008, is vacated.  The sentence date shall be

2  continued to March 20, 2008 at 2:30 p.m.

4     **IT IS SO ORDERED**.

5  Dated: February 29, 2008

6  _____
   THE HONORABLE JEFFREY S. WHITE
   UNITED STATES DISTRICT JUDGE