**United States District Court**
For the Northern District of California

1

2

3

4

5

6                        IN THE UNITED STATES DISTRICT COURT

7

8                        FOR THE NORTHERN DISTRICT OF CALIFORNIA

9    UNITED STATES OF AMERICA,

10              Plaintiff,                        No. CR 07-00671-1 JSW

11        v.                                      **ORDER RE PLEA AGREEMENT**

12   PATRICE RAVEN,

13              Defendant.

14   _____/

15        On November 29, 2007, Defendant entered a plea of guilty in this matter pursuant to

16   Federal Rule of Criminal Procedure 11(c)(1)(C).  At that time, the Court reserved ruling on

17   whether it would accept the plea agreement pending the preparation and receipt of a

18   Presentence Investigation Report ("PSR").  The matter is set for judgment and sentencing on

19   March 20, 2008 at 2:30 p.m.  Having considered the PSR, as well as the parties' sentencing

20   memoranda, the Court HEREBY ADVISES the parties that it intends to reject the plea

21   agreement.  *See* Fed. R. Crim. P. 11(c)(5).  The parties are ORDERED to appear on March 20,

22   2008 as scheduled, so that the Court can formally reject the agreement on the record and to

23   advise the Defendant of her rights in accordance with Rule 11(c)(5)(B)-(C).

24        **IT IS SO ORDERED.**

25   Dated: March 14, 2008                        _____
                                                  JEFFREY S. WHITE
26                                                UNITED STATES DISTRICT JUDGE

27

28