## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 8:07CR266 |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| PATRICE RAVEN, ) | |
| ) | |
| Defendant. ) | |

After a review of the filings from the Northern District of California (No. 307CR671-JSW), the defendant, Patrice Raven, shall appear before the Honorable Lyle E. Strom, Senior U.S. District Judge, in Courtroom No. 5, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, **at 10:00 a.m. on May 2, 2008.**

The clerk shall mail a copy of this order to: Patrice Raven, 4956 Lefebvre Way, Antioch, CA 94531.

**IT IS SO ORDERED.**

DATED this 28th day of March, 2008.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge