IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:07CR266 |
| Plaintiff, | ) ) | |
| | ) | **ORDER** |
| v. | ) ) | |
| PATRICE RAVEN, | ) ) | |
| Defendant. | ) ) | |

THIS MATTER is before the Court on Defendant's oral Motion for Noncustodial Transportation and Authorized Per Diem to Defendant. Defendant is indigent and is in need of noncustodial transportation and authorized per diem, and the Court finds said motion should be granted.

ACCORDINGLY, IT IS SO ORDERED:

1.   The Defendant's motion is granted, and;

2.   That the U.S. Marshal shall reimburse Defendant for a round trip ticket from Pittsburg, California to Omaha, Nebraska, and an amount of money for subsistence for May 16, 2008, not to exceed the authorized per diem.

DATED this 16th day of May, 2008.

BY THE COURT:

/s/ Lyle E. Strom

HON. LYLE E. STROM, Senior Judge
United States District Court